IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LAKEISHA SIMMONS,           ) | |
|                                            ) | |
|     Plaintiff,           ) | |
|                                            ) | CIVIL ACTION NO. |
|     v.                   ) | 2:21cv431-MHT |
|                                            ) | (WO) |
| UNITED STATES POSTAL        ) | |
| SERVICE,                    ) | |
|                                            ) | |
|     Defendant.           ) | |

OPINION

Plaintiff filed this lawsuit asserting that a United States postal mail carrier damaged her mailbox and seeking compensation for the damage and emotional distress. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss plaintiff's case be granted, and the case be dismissed without prejudice. Also before the court is plaintiff's response to the recommendation, which the court will treat as objections to the recommendation. After an independent and de novo review of the record, the court concludes

that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of March, 2022.

                            /s/ Myron H. Thompson  
                           **UNITED STATES DISTRICT JUDGE**