IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LAKEISHA SIMMONS,             )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )          2:21cv431-MHT
                              )              (WO)
UNITED STATES POSTAL          )
SERVICE,                      )
                              )
     Defendant.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 10) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 9) is adopted.

(3) Defendant's motion to dismiss (Doc. 4) is granted.

(4) This lawsuit is dismissed without prejudice for lack of subject-matter jurisdiction.

No costs are taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 23rd day of March, 2022.**

                                    /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**